**No. 11-576. Pedro Jose Tartak Del Palacio, Petitioner v. Catalina Tartak Michael, et al.**

565 U.S. 1157, 132 S. Ct. 1098, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 716.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied.

**No. 11-579. Jacqueline Rigaud, Petitioner v. Broward General Medical Center, et al.**

565 U.S. 1157, 132 S. Ct. 1100, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 895.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 65 So. 3d 516.

**No. 11-585. Brand Technologies, Inc., et al., Petitioners v. Mavrix Photo, Inc.**

565 U.S. 1157, 132 S. Ct. 1101, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 746.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 647 F.3d 1218.

**No. 11-587. Brian J. Glenn, Petitioner v. Valero Energy Corp., et al.**

565 U.S. 1157, 132 S. Ct. 1101, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 803.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Texas denied.

**No. 11-588. Global Santa Fe Drilling Company, et al., Petitioners v. Apache Corporation.**

565 U.S. 1157, 132 S. Ct. 1101, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 892.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 322.

**No. 11-590. Phillip C. Engers, et al., Petitioners v. AT&T, Inc., et al.**

565 U.S. 1157, 132 S. Ct. 1101, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 787.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 466 Fed. Appx. 75.

**No. 11-592. The Peterson Law Firm, et al., Petitioners v. City of Los Angeles, California.**

565 U.S. 1157, 132 S. Ct. 1101, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 869.

January 17, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-593. TI Pneumotive, Inc., aka Thomas Industries, Petitioner v. Yasunaga Corporation.**

565 U.S. 1158, 132 S. Ct. 1101, 181 L. Ed. 2d 979, 2012 U.S. LEXIS 733.

January 17, 2012. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.